# UNITED STATES DISTRICT COURT
for the
District of Columbia

In the Matter of the Search of  )
*(Briefly describe the property to be searched*  )
*or identify the person by name and address)*  )   Case No. 20-SW-131
)
IN THE MATTER OF THE APPLICATION OF THE  )
UNITED STATES OF AMERICA FOR DNA SAMPLES  )
FROM DION QUEVA DEMPSEY  )

**APPLICATION FOR A WARRANT BY TELEPHONE OR OTHER RELIABLE ELECTRONIC MEANS**

I, a federal law enforcement officer or an attorney for the government, request a search warrant and state under penalty of perjury that I have reason to believe that on the following person or property *(identify the person or describe the property to be searched and give its location)*:
DION QUEVA DEMPSEY, DOB 04/03/1992,

located in the _____ District of _____Columbia_____ , there is now concealed *(identify the person or describe the property to be seized)*:
A saliva sample from the defendant's mouth

The basis for the search under Fed. R. Crim. P. 41(c) is *(check one or more)*:
☑ evidence of a crime;
☐ contraband, fruits of crime, or other items illegally possessed;
☐ property designed for use, intended for use, or used in committing a crime;
☐ a person to be arrested or a person who is unlawfully restrained.

The search is related to a violation of:

| Code Section | Offense Description |
|---|---|
| 18 U.S.C. § 922(g). | Felon in possession of a firearm. |

The application is based on these facts:
See Attached Affidavit.

☐ Continued on the attached sheet.
☐ Delayed notice of _____ days *(give exact ending date if more than 30 days:* _____ *)* is requested under 18 U.S.C. § 3103a, the basis of which is set forth on the attached sheet.

*Applicant's signature*

Jamie Rohsner Special Agent, ATF
*Printed name and title*

Attested to by the applicant in accordance with the requirements of Fed. R. Crim. P. 4.1 by
_____Telephone_____ *(specify reliable electronic means)*.

Date: 05/13/2020

*Judge's signature*

City and state: Washington, DC    G. Michael Harvey, United States Magistrate Judge
*Printed name and title*

AO 93C (08/18) Warrant by Telephone or Other Reliable Electronic Means    ☑ Original    ☐ Duplicate Original

# UNITED STATES DISTRICT COURT
for the
District of Columbia

| | |
|---|---|
| In the Matter of the Search of<br>*(Briefly describe the property to be searched<br>or identify the person by name and address)*<br>IN THE MATTER OF THE APPLICATION OF THE<br>UNITED STATES OF AMERICA FOR DNA SAMPLES<br>FROM DION QUEVA DEMPSEY | Case No. 20-SW-131 |

## WARRANT BY TELEPHONE OR OTHER RELIABLE ELECTRONIC MEANS

To:    Any authorized law enforcement officer

An application by a federal law enforcement officer or an attorney for the government requests the search and seizure of the following person or property located in the _____ District of Columbia
*(identify the person or describe the property to be searched and give its location)*:

DION QUEVA DEMPSEY, DOB 04/03/1992,

I find that the affidavit(s), or any recorded testimony, establish probable cause to search and seize the person or property described above, and that such search will reveal *(identify the person or describe the property to be seized)*:

A Saliva sample from the defendant's mouth

**YOU ARE COMMANDED** to execute this warrant on or before    May 27, 2020    *(not to exceed 14 days)*
☑ in the daytime 6:00 a.m. to 10:00 p.m.    ☐ at any time in the day or night because good cause has been established.

Unless delayed notice is authorized below, you must give a copy of the warrant and a receipt for the property taken to the person from whom, or from whose premises, the property was taken, or leave the copy and receipt at the place where the property was taken.

The officer executing this warrant, or an officer present during the execution of the warrant, must prepare an inventory as required by law and promptly return this warrant and inventory to    G. Michael Harvey    .
*(United States Magistrate Judge)*

☐ Pursuant to 18 U.S.C. § 3103a(b), I find that immediate notification may have an adverse result listed in 18 U.S.C. § 2705 (except for delay of trial), and authorize the officer executing this warrant to delay notice to the person who, or whose property, will be searched or seized *(check the appropriate box)*
☐ for _____ days *(not to exceed 30)*    ☐ until, the facts justifying, the later specific date of _____.

Date and time issued:    05/13/2020 00:00 pm
                                                                          *Judge's signature*

City and state:    Washington, DC    G. Michael Harvey, United States Magistrate Judge
                                                                          *Printed name and title*

AO 93C (08/18) Warrant by Telephone or Other Reliable Electronic Means (Page 2)

| **Return** |||
|---|---|---|
| Case No.:<br>20-SW-131 | Date and time warrant executed: | Copy of warrant and inventory left with: |
| Inventory made in the presence of : |||
| Inventory of the property taken and name(s) of any person(s) seized: |||

| **Certification** |
|---|
|     I declare under penalty of perjury that this inventory is correct and was returned along with the original warrant to the designated judge.<br><br><br>Date: _____<br><br>                                                                  _____<br>                                                                  *Executing officer's signature*<br><br>                                                             _____<br>                                                                          *Printed name and title* |

**ATTACHMENT A**
**Person to be Searched**

The person to be searched is **Dion Queva DEMPSEY**, date of birth April 3, 1992, pictured below, who is currently detained at CTF in Washington, D.C.:



BHW: USAO#2019R00819

## **ATTACHMENT B**

At least three samples of **Dion Queva DEMPSEY's** cheek cells/saliva, which will be recovered through the use of a buccal swab.

BHW: USAO#2019R00819

# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| IN THE MATTER OF THE APPLICATION OF THE UNITED STATES OF AMERICA FOR DNA SAMPLES FROM **DION QUEVA DEMPSEY** | Case No.  20-SW-131 |

### AFFIDAVIT IN SUPPORT OF AN APPLICATION FOR WARRANT TO SEARCH FOR DNA SAMPLES

I, Jamie Rohsner, a Special Agent with the Bureau of Alcohol, Tobacco, Firearms and Explosives ("ATF"), being first duly sworn, hereby depose and state as follows:

### INTRODUCTION

1. I make this affidavit in support of an application under Rule 41 of the Federal Rules of Criminal Procedure for a warrant to search the person of **Dion Queva Dempsey** ("**DEMPSEY**") (photograph provided in Attachment A), in order to retrieve saliva buccal swabs for deoxyribonucleic acid ("DNA") testing.  As outlined below, I believe there is probable cause to believe that **DEMPSEY** has committed a violation of 18 U.S.C. § 922(g) (being a felon in possession of a firearm) and that buccal swabs being sought will be evidence of that crime.

2. As a Special Agent with the Bureau of Alcohol, Tobacco, and Firearms ("ATF"), I am an "investigative or law enforcement officer of the United States" within the meaning of 18 U.S.C. § 2510(7), that is, an officer of the United States who is empowered by law to conduct investigations of and to make arrests for offenses enumerated in 18 U.S.C. § 2516.

3. I have been a Special Agent with ATF since April 2017 and have attended the Federal Law Enforcement Training Center Criminal Investigation Training Program and the ATF Academy's Special Agent Basic Training Program, both located in Glynco, Georgia.  I have received extensive formal and on-the-job training in the Federal Firearms Laws administered under

Titles 18 and 26 of the United States Code. I have been the case agent in investigations involving violations of the federal firearms and controlled substances laws. I have received specialized training and personally participated in various investigative activities, including, but not limited to: (a) physical surveillance; (b) the debriefing of defendants, witnesses, informants and other individuals who have knowledge concerning violations of federal firearms and controlled substances laws; (c) undercover operations; (d) the execution of search warrants; (e) the consensual monitoring and recording of conversations; (f) electronic surveillance through the use of pen registers and trap and trace devices; (g) the court-authorized interception of both wire and electronic communications (i.e., Title III wiretaps); and (h) the handling and maintenance of evidence. I have also been involved in Organized Crime Drug Enforcement Task Force ("OCDETF") investigations involving armed drug trafficking organizations.

4. Prior to my employment with ATF, I served as a Police Officer with the Montgomery County Police Department in the State of Maryland. In that capacity, I conducted patrol-level investigations from in or about April 2015 to in or about July 2016.

5. During my tenure as a law enforcement officer, I have performed controlled purchases of firearms and drugs; conducted street-level surveillance of firearm and drug transactions; utilized informants to make controlled purchases of firearms and drugs; targeted street-level and interstate firearms and narcotics traffickers; executed search warrants as a result of firearm and drug investigations; and attended courses and seminars covering drug recognition, interdiction, money laundering, conspiracy investigations, and secure communications interception. As a result, I have extensive experience in debriefing defendants and in working with confidential informants and persons with direct experience with the methods used to distribute firearms and controlled substances.

6.     The statements in this affidavit are based on my personal knowledge and observations during the course of this investigation; information observed by or known to other law enforcement agents that they conveyed to me; my personal review of records, documents, and other physical evidence obtained during the investigation; and information gained through my training and experience. I have not included each and every fact known to me concerning this investigation.

## PROBABLE CAUSE

7.     In or about November 2019[1], officers from the Prince George's County Police Department ("PGPD") Robbery Suppression Team ("RST") and the PGPD and U.S. Marshals Task Force conducted a joint investigation into Dion **DEMPSEY**, a fugitive with outstanding arrest warrants for a federal violation of supervised release ("VOSR") in the U.S. District Court for the District of Maryland (Criminal No. DKC-12-0031) and felony theft in the Commonwealth of Virginia.

8.     On Friday, November 22, 2019, PGPD detectives and members of the PGPD and U.S. Marshals Fugitive Task Force responded to 1008 Catesby Terrace, Hyattsville, Maryland in an effort to locate **DEMPSEY**. **DEMPSEY** was located at the residence and taken into custody.

9.     The mother of **DEMPSEY's** child, Asia DRUITT, gave officers consent to search the residence. Inside the master bedroom where **DEMPSEY** had been, law enforcement recovered a loaded Polymer 80 .40 caliber handgun, bearing no serial number. The firearm was subsequently processed for forensic evidence, including DNA.

---

[1] All dates and times are approximate, omitting "on or about" for brevity.

10. Law enforcement arrested **DEMPSEY** pursuant to the arrest warrants. Following his arrest, law enforcement provided **DEMPSEY** with his Miranda rights, and **DEMPSEY** waived his rights and agreed to speak with law enforcement. **DEMPSEY** admitted, among other things, to possession of the handgun as evidenced by the following paraphrased statements:

   a. Law enforcement asked **DEMPSEY** if he had touched the firearm to which **DEMPSEY** replied that he had touched it, but does not take it out of the house.

   b. Law enforcement asked **DEMPSEY** if his DNA would be on the firearm to which **DEMPSEY** replied that he had held it.

   c. Law enforcement asked **DEMPSEY** why he would leave the firearm unsafe like that in the bedroom with kids around. **DEMPSEY** replied that he knows not to touch it and she knows too. (I know from my knowledge, training, and experience that "he" is likely a reference to **DEMPSEY's** son and/or Asia DRUITT's other small son who resides at the residence, and "she" is a reference to the mother of **DEMPSEY's** son, Asia DRUITT who also resides in the residence where the firearm was recovered).

   d. Law enforcement asked **DEMPSEY** why he would have a firearm and **DEMPSEY** replied that it was dangerous out there and mentioned the neighbor's house had recently been broken into. **DEMPSEY** also said he had to protect his family.

11. **DEMPSEY** was transported to District I and interviewed further by PGPD Homicide and the Federal Bureau of Investigation. Law enforcement transported **DEMPSEY** to Prince George's County Department of Corrections for processing on both warrants. **DEMPSEY** was held at the Department of Corrections over the weekend until his initial appearance on Monday, November 25, 2019.

12. On Monday, November 25, 2019, **DEMPSEY** had his initial appearance and detention hearing before the Honorable Magistrate Judge Charles B. Day. The Court detained the Defendant pending the VOSR hearing. See ECF No. 108, Criminal No. DKC-12-0031.

13. On December 30, 2019, **DEMPSEY** appeared before the Honorable District Judge Deborah K. Chasanow for his VOSR hearing in Criminal No. DKC-12-0031. During the hearing, the Court sentenced **DEMPSEY** to five months imprisonment with no additional term of supervised release to follow due to his violations of supervised release. **DEMPSEY** has remained in the custody of the Correctional Treatment Facility in the District of Columbia since December 30, 2019.

14. Known DNA samples from **DEMPSEY** are required for a direct comparison to DNA obtained from the evidence listed in paragraph 9.

15. A buccal swab is a simple, non-invasive method for collecting a known DNA sample, requiring one or two painless swipes of the oral cavity with a sterile swab.

16. A review of **DEMPSEY's** criminal history revealed that he is prohibited from possessing any firearms and/or ammunition due to the following convictions punishable by more than a year in prison:

   a. Felon in Possession of a Firearm: Disposition Date: 08/05/2013. ATF Case #761030-11-0075. Sentenced to 70 months incarceration and 36 months supervised release.

      i. It should be noted that **DEMPSEY** was released from Bureau of Prisons (BOP) custody on 09/09/2016.

    b. Possession of a Regulated Firearm: Disposition Date: 05/06/2010. Prince George's County Circuit Court Case #CT100480B. Sentenced to 5 years incarceration with 3 years and 6 months suspended and 3 years of supervised probation.

    c. Assault- Second Degree: Disposition Date: 10/01/2009. Prince George's County Circuit Court Case #CJ094284. Sentenced to 3 years incarceration and 3 years supervised probation.

17. This warrant will be executed by law enforcement on **DEMPSEY** while he is detained at the Correctional Treatment Facility (CTF) in Washington, D.C. **DEMPSEY** is currently held at CTF pending trial in his case in Greenbelt.

## CONCLUSION

18. Based on the foregoing, I submit there is probable cause to believe that **DEMPSEY** has committed a violation of 18 U.S.C. § 922(g), being a felon in possession of a firearm, and that the requested DNA buccal swabs will contain evidence of that crime. I thus request that the Court issue the proposed search warrant, pursuant to Federal Rule of Criminal Procedure 41, as there is probable cause to believe that a DNA buccal swab of **DEMPSEY** will assist in determining whether this individual touched, or otherwise had contact with, the firearms, firearm parts, and/or the cartridges/ammunition recovered by law enforcement. Because of the multiple labs involved in the analysis of the evidence of the crimes mentioned herein, I request authority to obtain at least three sets of DNA swabs from **DEMPSEY**.

I declare under the penalty of perjury that the foregoing is true and correct to the best of

my knowledge, information, and belief.

                            Respectfully submitted,

                            *[signature]*

                            Jamie Rohsner
                            Special Agent
                            Bureau of Alcohol, Tobacco, Firearms and Explosives

Subscribed and sworn pursuant to Fed. R. Crim. P. 4.1 and 41(d)(3) on **5/13/2020**

_____
UNITED STATES MAGISTRATE JUDGE
G. MICHAEL HARVEY